FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 21 PM 4: 24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )        CASE NO. CR415-133
                            )
DAVON SHAWQWEN GREEN,       )
                            )
        Defendant.          )
                            )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 35), to which objections have been filed (Doc. 37). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motions to Suppress (Doc. 15; Doc. 16) are **DENIED**.

SO ORDERED this 21st day of December 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA